# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. ... E.D.N.Y.

★ AUG 18 2017 ★

LONG ISLAND OFFICE

United States of America
v.
EDWARD E. BOHM

Defendant

Case No. MJ 17- 742

## ARREST WARRANT

Act

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EDWARD E. BOHM ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank and wire fraud, in violation of Title 18, United States Code, Section 1349.

Date: 08/18/2017

*Issuing officer's signature*

City and state: Central Islip, New York

HON. A. KATHLEEN TOMLINSON, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 08/18/2017, and the person was arrested on *(date)* 08/22/2017
at *(city and state)* St. James, NY.

Date: 8/22/2017

*Arresting officer's signature*

Deanna Pennetta Special Agent, FBI
*Printed name and title*