# CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE JUDGE FEUERSTEIN    February 5, 2019    TIME: 60 Minutes
CR-18-36

DEFT NAME: Edward E Bohm    #1
X present    __ not present    __ cust.    X bail

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2019 ★
LONG ISLAND OFFICE

DEFENSE COUNSEL: Barry Zone
X present    __ not present    __ CJA    xRET.    __ LAS

A.U.S.A.: Elizabeth Machiaverna    CLERK: BMM

COURT REPORTER: FG    OTHER: SA Martin Sullivan
INT: (LANG.- )

X    CASE CALLED.    X    DEFT APPEARS WITH COUNSEL.

__    DEFT APPEARS WITHOUT COUNSEL.

__    COUNSEL PRESENT WITHOUT DEFT.

X    STATUS CONF HELD FOR DEFT.

__    DEFENDANT ARRAIGNED ON THE

__    DEFENDANT WAIVED PUBLIC READING OF THE INDICTMENT.

x    DEFENDANT SWORN AND ENTERS A PLEA OF GUILTY TO COUNT ONE (1) OF THE INDICTMENT

__    **SPEEDY TRIAL** INFO FOR DEFT __ STILL IN EFFECT CODE TYPE__ START STOP_
__ In the interest of justice as stated on the record, and with consent of the parties.

__    STATUS CONF/HRG CONT'D TO_____.

__    Jury Selection and trial SET FOR_

OTHER: THE COURT ACCEPTS THE DEFENDANT'S PLEA OF GUILTY. SENTENCING IS SET

BEFORE JUDGE FEUERSTEIN ON 12/17/2019 AT 11:15 AM